UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application of LIGHTHOUSE INVESTMENT PARTNERS LLC; THE CHURCH OF ENGLAND PENSIONS BOARD, AS TRUSTEE OF THE CHURCH ADMINISTRATORS PENSION FUND; and STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA PNO for an order pursuant to 28 U.S.C. § 1782 | Misc. Case No.: 1:25-mc-00329<br><br>**ORDER** |

This matter comes before the Court on the *ex parte* application ("Application") of Lighthouse Investment Partners LLC; The Church of England Pensions Board, as Trustee of The Church Administrators Pension Fund; and Stichting Bedrijfstakpensioenfonds voor de Media PNO (the "Applicants") for an order pursuant to 28 U.S.C. § 1782 granting leave to obtain discovery for use in a foreign proceeding. The Applicants seek deposition testimony and documents from Bank of America Corporation ("BoA") in connection with foreign proceedings pending in the City Court of Copenhagen and Eastern High Court in Denmark between the Applicants and the defendant in the underlying Danish Actions, Danske Bank A/S.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing:

**HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED THAT:**

1. The Applicants are authorized pursuant to 28 U.S.C. § 1782 to take discovery from BoA for use in foreign proceedings, relating to the issues identified in their Application, including issuing the subpoenas for deposition testimony and production of documents in the form attached as Exhibits E and F to the Lee Declaration submitted in support of the Application;

2. BoA is directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

3. Nothing in this Order shall be interpreted as limiting BoA's ability to move to modify or quash the subpoenas or to invoke any appropriate privilege with regards thereto; and

4. Counsel for the Applicants is appointed to issue, sign and serve such subpoenas upon BoA.

**Signed this** __11th__ **day** ____August____ **2025**

SO ORDERED

_____
EDGARDO RAMOS, U.S.D.J.